## Borough of Macungie *v.* Agnew R. Hoch.

Argued March 15, 1971, before President Judge BOWMAN, and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MANDERINO, MENCER, and ROGERS.

*Richard C. Buss,* for appellant.

*J. Jackson Eaton, III,* with him *Butz, Hudders & Tallman,* for appellee.

PER CURIAM:

Now, April 28, 1971, the order of the Court of Common Pleas of Lehigh County is affirmed upon the opinion of Judge Henry V. SCHEIRER, 34 Lehigh Law Journal 99 (1970).